**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00168-CR

## CRAIG A. ROBINSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1554113**

## M E M O R A N D U M   O P I N I O N

Appellant Craig A. Robinson has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.
Do Not Publish – Tex. R. App. P. 47.2(b).